UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-CV-24779-MARTINEZ/GOODMAN

JOSE ERNESTO MARTINEZ,
an individual,

       Plaintiff,

v.

PALM SPRINGS MILE ASSOCIATES, LTD.,
a Florida Limited Partnership.

       Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

     Plaintiff Jose Ernesto Martinez and Defendant Palm Springs Mile Associates, Ltd, by and through undersigned counsel, hereby stipulate that this case be dismissed <u>with prejudice</u>, with each party to bear its/his own fees, costs, and disbursements.  The parties request that this Court enter an Order of Dismissal with Prejudice.

Dated:  May 27, 2016

| | |
|---|---|
| By: s/ Louis I. Mussman | By: s/ Mendy Halberstam |
| Louis I. Mussman, Esq. | Pedro P. Forment, Esq. |
| Florida Bar No. 597155 | Florida Bar No. 61026 |
| E-mail: louis@jumussman.com | Email: pedro.forment@jacksonlewis.com |
| Brian T. Ku, Esq. | Mendy Halberstam, Esq. |
| Florida Bar No. 610461 | Florida Bar No.: 68999 |
| E-mail: brian@kumussman.com | E-mail: halbersm@jacksonlewis.com |
| Ku & Mussman, P.A. | JACKSON LEWIS P.C. |
| 6001 NW 153rd Street, Suite 100 | One Biscayne Tower, Suite 3500 |
| Miami Lakes, Florida 33014 | Two South Biscayne Boulevard |
| Tel: (305) 891-1322 | Miami, Florida 33131 |
| Fax: (305) 891-4512 | Telephone: (305) 577-7604 |
| | Facsimile:  (305) 373-4466 |
| And | *Attorneys for Defendant* |

15-CV-24779-MARTINEZ/GOODMAN

M. Ryan Casey, Esq. (Pro Hac Vice)
E-mail: ryan@rcaseylaw.com
THE CASEY LAW FIRM, LLC
20 NE Thompson Street
Portland, Oregon 97212
Tel: (503) 928-7611
Fax: (503) 345-7470

*Attorneys for Plaintiff*